UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JOSEPH RAETANO, individually,

    Plaintiff,

v.                                  Case No.: 8:11-cv-02543-SCB-EAJ

ODYSSEY DP I, LLC, a Florida limited
liability company,

    Defendant.
_____/

STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendant, by and through the undersigned counsel and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice. A resolution of all matters in dispute has been made pursuant to a certain Confidential Settlement Agreement. All parties shall bear their own costs, attorneys' fees, expert fees and expenses other than those specified in said Confidential Settlement Agreement and all parties agree not to file any further motions in this matter. Wherefore, Plaintiff and Defendant respectfully Dismiss the Case with Prejudice.

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| By: /s/ Barbra R. Joyner, Esq. | By: /s/ Ted W. Weeks IV, Esq. |
| Barbra R. Joyner, Esq.<br>Florida Bar 141348<br>Law Office of Barbra R. Joyner, P.A.<br>1470 E. Michigan St.<br>Orlando, FL 32806<br>Phone (407) 481-7997<br>Fax (407) 481-7986<br>Email: bjoyneresq@aol.com | TED W. WEEKS IV, Esquire<br>TED W. WEEKS IV, P.A.<br>2117 Harden Boulevard<br>Lakeland, Florida 33803<br>Telephone: (863)802-5000<br>Facsimile: (863)686-3533 |